**Sukhdev SINGH, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 04–74582.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 24, 2008.*

Filed Dec. 2, 2008.

Before: ALARCÓN, LEAVY, and TALLMAN, Circuit Judges.

MEMORANDUM **

Sukhdev Singh, a native and citizen of India, petitions for review of the Board of Immigration Appeals' order summarily affirming an immigration judge's ("IJ") removal order. We have jurisdiction under 8 U.S.C. § 1252. Reviewing for substantial evidence, *Singh v. Ashcroft*, 301 F.3d 1109, 1111 (9th Cir.2002), we deny the petition for review.

█ Substantial evidence supports the agency's adverse credibility determination based on Singh's incorrect identification of Dr. Balwinder Singh's signatures. *See Desta v. Ashcroft*, 365 F.3d 741, 745 (9th Cir.2004) ("[T]here was support for the IJ's conclusion that several documents may have been fraudulent.... The genuineness of these documents goes to the heart of [petitioner's] claim."). In light of the field investigation report, a reasonable factfinder would not be compelled to accept Singh's explanation for the discrepancy. *See Singh–Kaur v. INS*, 183 F.3d 1147, 1150 (9th Cir.1999) (a contrary result is not compelled where there is "[t]he possibility of drawing two inconsistent conclusions from the evidence" (internal quotation marks and citation omitted)). The agency therefore properly denied Singh's applications for asylum and withholding of removal. *See Farah v. Ashcroft*, 348 F.3d 1153, 1156 (9th Cir.2003).

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

■ Because Singh's Convention Against Torture ("CAT") claim is based on the same evidence that the IJ concluded was not credible, his CAT claim also fails. *Id.* at 1157.

**PETITION FOR REVIEW DENIED.**